# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | L. Bishop Austin | Atty Name (if applicable): | L. Bishop Austin |
| Street Address: | 3250 WILSHIRE BLVD., STE 1500  LOS ANGELES, CA 90010 | CA Bar No. (if applicable): | 175497 |
| Filer's Telephone No.: | (213) 388-4939    Fax: (213)388-2411 | Atty Fax No. (if applicable): | Lbishopbk@yahoo.com |

In re:

Miguel Ortega Martinez
Alicia Martinez

Case No. 1:10-bk-0.011-KT

Chapter 13

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes        ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☐ B    ☐ C    ☒ D    ☐ E    ☐ F    ☐ G    ☐ H    ☒ I    ☒ J

☐ Statement of Social Security Number(s)       ☐ Statement of Financial Affairs
☐ Statement of Intention                        ☒ Other: Chapter 13 Plan, Tax Return Declaration,
                                                  Pre-Bk Certifate Credit Caunseling, SFA, RARA

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, Miguel Ortega Martinez and Alicia Martinez, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED:    January 3, 2010

/s/ Miguel Ortega Martinez
Miguel Ortega Martinez
*Debtor Signature*

/s/ Alicia Martinez
Alicia Martinez
*Co-Debtor Signature*

***\*\*SEE PROOF OF SERVICE\*\****

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

## **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 01/03/2010

L. Bishop Austin
Print or Type Name

/s/ L. Bishop Austin
*Signature*

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*